

101 Avenue of the Americas, 8th & 9th Floors
New York, NY 10013
212.308.0070
acllp.com

JAMES HARRY OLIVERIO
*Partner*
973.457.0125
jholiverio@acllp.com

May 10, 2024

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

   Re: *Host Healthcare, LLC v. Westchester County Health Care Corporation*
      No. 24-cv-2652 (RA)

Dear Judge Abrams,

  This firm represents Plaintiff Host Healthcare, LLC ("Plaintiff") in the above-referenced matter. By way of this letter motion, Plaintiff respectfully requests that the initial status conference, presently scheduled for June 14, 2024, be adjourned.

  The reason for this request is two-fold: First, counsel for Defendants Westchester County Health Care Corporation, WMC Health Network-Rockland, Inc., WMC Health Network-Ulster Inc., Good Samaritan Hospital, St. Anthony Community Hospital, and Bon Secours Community Hospital (collectively "Defendants") recently entered an appearance, and Defendants have been given an additional thirty (30) days to respond to the Complaint – or until June 7, 2024. Second, the undersigned will be away on a pre-planned family vacation the week of June 10th through the 14th.  Accordingly, Plaintiffs respectfully request that the Court adjourn the initial status conference to a date, convenient for the Court, thirty (30) days beyond Defendants' deadline to respond to the Complaint. Defendants have consented to this request.[1]

---

[1] To the extent it is helpful for the Court's scheduling, counsel for the parties have conferred regarding their availability for a new conference date and can make themselves available the week of July 24th through 28th.

Application granted. The initial pretrial conference is hereby adjourned to July 26, 2024 at 2:30 p.m.
SO ORDERED.

                                                                         Respectfully submitted,

_____
Hon. Ronnie Abrams
U.S. District Judge
May 13, 2024

                                                                         James Harry Oliverio

cc: All counsel of record (via ECF)