

101 Avenue of the Americas, 8th & 9th Floors
New York, NY 10013
212.308.0070
acllp.com

JAMES HARRY OLIVERIO
*Partner*
973.457.0125
jholiverio@acllp.com

June 19, 2024

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

    Re:    *Host Healthcare, LLC v. Westchester County Health Care Corporation*
                No. 24-cv-2652 (RA)

Dear Judge Abrams,

    Plaintiff Host Healthcare, LLC ("Plaintiff") and Defendants Westchester County Health Care Corporation, WMC Health Network-Rockland, Inc., WMC Health Network-Ulster, Inc., Good Samaritan Hospital, St. Anthony Community Hospital, and Bon Secours Community Hospital ("Defendants") jointly request by way of this letter motion that Defendants' motion to dismiss (ECF No. 30), which is currently returnable July 1, 2024, be adjourned sixty (60) days, or until August 30, 2024, and that Plaintiff's time to file an opposition, which is presently due on June 21, 2024, as well as the letter required by Rule 4(C) of Your Honor's Individual Rules and Practices (also currently due on June 21, 2024), be extended up to and including August 19, 2024 while the parties explore possible settlement options.

    The parties also respectfully request that the initial scheduling conference, currently scheduled for July 26, 2027, along with the joint letter required by Your Honor's Order and Notice of Initial Conference, be adjourned to a date and time that is convenient for the Court following the return date of Defendants' motion. On May 10, 2024 Plaintiff previously sought an adjournment of the initial scheduling conference, which request was granted; however, there have been no previous adjournment requests in connection with Defendants' motion.

      The parties believe this short adjournment will promote the just, speedy and inexpensive determination of this proceeding consistent with Fed. R. Civ. P. 1. We thank Your Honor for Your Honor's attention and courtesies in this matter.

Respectfully submitted,

James Harry Oliverio
*Counsel for Plaintiff*

*/s/ Jason Hsi*
Jason Hsi
Garfunkel Wild, P.C.
*Counsel for Defendants*

Application granted. The initial pretrial conference currently scheduled for July 26, 2024 is hereby adjourned to August 30, 2024 at 3:00 p.m. SO ORDERED.

Hon. Ronnie Abrams
U.S. District Judge
June 20, 2024

cc: All counsel of record (via ECF)