# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

**JASON HSI**
Partner
Licensed in NY
Email: jhsi@garfunkelwild.com
Direct Dial: (516) 393-2298

FILE NO.: 12118.0128.

September 24, 2024

**BY ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

    Re:   *Host Healthcare, LLC v. Westchester County Health Care Corporation*
            No. 24-cv-2652 (RA)

Dear Judge Abrams:

    Plaintiff Host Healthcare, LLC ("Plaintiff") and Defendants Westchester County Health Care Corporation, WMC Health Network-Rockland, Inc., WMC Health Network-Ulster, Inc., Good Samaritan Hospital, St. Anthony Community Hospital, and Bon Secours Community Hospital ("Defendants") jointly request by way of this letter motion that Defendants' motion to dismiss (ECF No. 30), which is currently returnable October 14, 2024, be adjourned one final time to November 15, 2024, and that Plaintiff's time to file an opposition, as well as the letter required by Rule 4(C) of Your Honor's Individual Rules and Practices, both of which are presently due on September 30, 2024, be extended up to and including October 31, 2024.

    The parties had twice requested adjournments of the pending motion, which the Court granted on June 20, 2024 (ECF No. 40) and July 31, 2024 (ECF No. 42), in order to pursue good faith, on-going settlement negotiations. Since those adjournments, the parties did make significant headway negotiating and drafting a nearly completed settlement agreement, but feel compelled to make this final application as the last few items are still being discussed, analyzed, and/or approved. The contemplated settlement is very large and involves multiple hospitals and multiple levels of review.

    The parties also respectfully request that the initial scheduling conference, currently set for October 11, 2024, along with the joint letter required by Your Honor's Order and Notice of Initial Conference, be adjourned to a date and time that is convenient for the Court following the return date of Defendants' motion. We note that this will be the parties' fourth and last request for an adjournment of the initial scheduling conference.

---

**NEW YORK**      **NEW JERSEY**      **CONNECTICUT**      **FLORIDA**      **WASHINGTON, D.C.**

4883-3815-9336v.3

Hon. Ronnie Abrams, U.S.D.J.
September 24, 2024
Page 2

      The parties remain hopeful that this final adjournment will result in the resolution of this matter. We thank Your Honor for Your Honor's attention and courtesies in this matter.

Applications granted. The initial pretrial conference is hereby adjourned to November 22, 2024 at 12:30 p.m. No further adjournments will be granted absent good cause. SO ORDERED.

_____
Hon. Ronnie Abrams
U.S. District Judge
September 26, 2024

Respectfully submitted,

/s/ Jason Hsi

*Counsel for Defendants*

James Harry Oliverio
*Counsel for Plaintiff*

cc: All counsel of record (via ECF)

GARFUNKEL WILD, P.C.

4883-3815-9336v.3